PHILLIP A. TALBERT
Acting United States Attorney
PETER K. THOMPSON, HIBN 5890
Acting Regional Chief Counsel, Region IX
Social Security Administration
MARGARET BRANICK-ABILLA
Special Assistant United States Attorney
    160 Spear Street, Suite 800
    San Francisco, CA 94105-1545
    Telephone:  (510) 970-4809
    Facsimile:  (415) 744-0134
    E-mail: Margaret.Branick-Abilla@ssa.gov

Attorneys for Defendant

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
FRESNO DIVISION

| | |
|---|---|
| JAMES M. STEVENS, | Case No. 1:21-cv-00878-SKO |
| Plaintiff, | **STIPULATION AND ORDER FOR EXTENSION OF TIME** |
| vs. | **(Doc. 16)** |
| KILOLO KIJAKAZI, Acting Commissioner of Social Security, | |
| Defendant. | |

    IT IS HEREBY STIPULATED, by and between the parties, through their respective counsel of record, with the Court's approval, that Defendant shall have a 45-day extension of time, from January 31, 2022 to March 17, 2022, to respond to Plaintiff's Motion for Summary Judgment.  All other dates in the Court's Scheduling Order shall be extended accordingly.

    This is Defendant's first request for an extension of time.  Defendant respectfully submits that good cause exists for the requested extension because, due to attorneys taking unexpected leave or resigning, the undersigned counsel for the Commissioner has had numerous cases

Stipulation; Order
1:21-cv-00878-SKO

reassigned to her, including cases requiring imminent briefing, cases with past due matters that must be remedied, and cases in which the undersigned is supervising other attorneys.  Despite working diligently to meet the case deadlines in this Court's Scheduling Order, the undersigned counsel for the Commissioner needs additional time in the instant case to review the substantial administrative record, to consider the multiple issues raised in Plaintiff's motion, and to determine whether options exist for settlement.   Plaintiff does not oppose Defendant's request for an extension of time.

Respectfully submitted,

Dated: January 25, 2022				GERRARD LAW OFFICES

By:*/s/ Josephine Gerrard* *
    JOSEPHINE GERRARD
    Attorneys for Plaintiff
    [*As authorized by e-mail on Jan. 25, 2022]

Dated: January 26, 2022				PHILLIP A. TALBERT
						Acting United States Attorney
						PETER K. THOMPSON
						Acting Regional Chief Counsel, Region IX
						Social Security Administration

						By: */s/ Margaret Branick-Abilla*
						    MARGARET BRANICK-ABILLA
						    Special Assistant United States Attorney
						    Attorneys for Defendant

## **ORDER**

Pursuant to the parties' foregoing stipulation (Doc. 16), and for good cause shown (Fed. R. Civ. P. 16(b)(4)), IT IS HEREBY ORDERED that Defendant shall have an extension, up to and including March 17, 2022, to respond to Plaintiff's Motion for Summary Judgment.  All other dates in the Scheduling Order (Doc. 14) shall be extended accordingly.

IT IS SO ORDERED.

Dated:   **January 26, 2022**                    /s/ *Sheila K. Oberto*
                                                 UNITED STATES MAGISTRATE JUDGE